# United States Court of Appeals for the Federal Circuit

———————————

**MITEK SYSTEMS, INC.,**
*Appellant,*

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Appellee.*

———————————

2023-1687

———————————

Appeal from the United States District Court for the Eastern District of Texas
Case No. 2:20-cv-00115-JRG

———————————

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MITEK'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure Rule 26(b) and Federal Circuit Rule 26(b), Appellant Mitek Systems, Inc. ("Mitek") hereby respectfully moves for a 39-day extension of the time within which to file Mitek's Reply Brief. Counsel for Mitek have informed counsel for Appellee United Services Automobile Association ("USAA"), and USAA does not oppose this motion and will not file a response. Mitek was previously granted a 14-day extension of time to file its Opening Brief.

If the motion is granted, the time for filing Mitek's Reply Brief would be

extended from October 13, 2023, to November 21, 2023.  Mitek has not previously sought an extension of time for filing its Reply Brief.

As set forth in the accompanying declaration of counsel, there is good cause for the requested 39-day extension.  Mitek agreed not to oppose USAA's 60-day request for extension but informed USAA that such extension would result in conflicts with other professional obligations of Mitek's counsel.  The requested 39-day extension will allow Mitek and its counsel adequate time to prepare Mitek's Reply Brief in light of those conflicts.

Mitek respectfully requests that this motion be granted, and the Court extend the deadline for the filing of Mitek's Reply Brief by 39 days, from October 13, 2023, to November 21, 2023.

Dated: September 29, 2023

Respectfully submitted,

 /s/  David Eiseman
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
(415) 875-6600

*Counsel for Appellant*
*Mitek Systems, Inc.*

# DECLARATION OF BRIAN MACK IN SUPPORT OF MITEK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MITEK'S REPLY BRIEF

I, Brian E. Mack, hereby declare and state as follows:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Mitek Systems, Inc.. This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. The additional time is requested to allow Mitek and its counsel adequate time to prepare Mitek's Reply Brief in light of other professional and personal commitments of Mitek's counsel. The professional obligations of Mitek's counsel include: pre-trial conference hearing in *Alacritech, Inc. v. Dell, Inc.*, No. 2:16-cv-693 (E.D. Tex.) scheduled for October 10, and trial in *Alacritech* scheduled to commence on October 16.

3. Pursuant to Federal Circuit Rule 27(a)(2), counsel for the parties met and conferred regarding this motion, and counsel for USAA has represented that USAA does not oppose this motion and will not file a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 29, 2023                    */s/ Brian E. Mack*
                                                                    Brian E. Mack

# **CERTIFICATE OF INTEREST**

Counsel for Appellee Mitek Systems, Inc. in Appeal No. 2023-1687 certifies the following:

**1. The full name of every party or amicus represented by me is:**

Mitek Systems, Inc.

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

None.

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None.

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

Quinn Emanuel Urquhart & Sullivan, LLP: David Eiseman, Brian E. Mack, Jonathan Tse

**5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are:**

None.

Dated: September 29, 2023                     /s/ David Eiseman
                                                                         David Eiseman

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(g) because the motion contains 223 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d) and Federal Circuit Rule 27(d).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Times New Roman.

Dated: September 29, 2023
                                                            /s/ David Eiseman
                                                              David Eiseman

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of September, 2023, I filed the foregoing Unopposed Motion for Extension of Time to File Mitek's Reply Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: September 29, 2023                    */s/ David Eiseman*
                                                                David Eiseman