# United States Court of Appeals for the Federal Circuit

**MITEK SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Defendant-Appellee*

2023-1687

Appeal from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00115-JRG, Judge J. Rodney Gilstrap.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 12, 2025
Date

Jarrett B. Perlow
Clerk of Court